114 P.3d 973

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 29, 2005**

| | | |
|---|---|---|
| 26265 | State v. Dural | Affirmed |

**June 30, 2005**

| | | |
|---|---|---|
| 25383, 25439 | Cerit v. Cerit | Affirmed |
| 26735 | State v. Narmore | Affirmed |
| 26346 | State v. Wong | Affirmed and Remanded |

**July 6, 2005**

| | | |
|---|---|---|
| 25984 | State v. Worman | Affirmed |

**July 7, 2005**

| | | |
|---|---|---|
| 25974 | U.S. Bank Nat. Ass'n v. Ragasa | Affirmed |

**July 8, 2005**

| | | |
|---|---|---|
| 26229 | State v. Morreira | Vacated and Remanded |